```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                CHAPTER 13

RALPH EDGAR & PAULA FAY HILLER        CASE NO. 04-14888 NLJ

        Debtor(s).



COMPLETED
_____
                NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

DATE        CHECK NO.     PAYEE            ADDRESS              AMOUNT
-----------------------------------------------------------------------
11/01/2009  913644    DILLARD NATL BANK  PO BOX 52051        $      14.70
                                         PHOENIX, AZ 85072

DATED: 03/15/2010


                                  /s/ John Hardeman
                                  _____
                                  CHAPTER 13 TRUSTEE
                                  P.O. BOX 1948
                                  OKLAHOMA CITY, OK 73101
                                  (405)236-4843

                                                      #334/LB
```